IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOHOMA WILLIAMS,

    Plaintiff,

vs.

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

Case No. 11-cv-865-JPG-DGW

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes.  Plaintiff Lohoma Williams filed her complaint on September 26, 2011.  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days of filing the complaint. If the plaintiff fails to obtain service within that time frame, "the court – on motion or on its own motion after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  Here, clearly more than 120 days have elapsed since Williams filed her complaint and she has yet to properly effectuate service on Credit Acceptance Corporation. Accordingly, the Court **ORDERS** Williams to **show cause on or before August 1, 2014**, why her failure to properly serve Credit Acceptance Corporation should not result in dismissal of her action.

**IT IS SO ORDERED.**

**DATED:** July 2, 2014

                                                <u>s/ J. Phil Gilbert</u>
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**