IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOHOMA WILLIAMS,

    Plaintiff,

vs.

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

Case No. 11-cv-865-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On July 2, 2014, this Court ordered plaintiff Lohoma Williams to show cause on or before August 1, 2014, why her failure to timely serve defendant Credit Acceptance Corporation should not result in dismissal of this case pursuant to Federal Rule of Civil Procedure 4(m). Williams has failed to respond. As such, the Court **DISMISSES** this case and **DIRECTS** the Clerk of Court to enter judgment accordingly. The Court further **DIRECTS** the Clerk of Court to mail a copy of this order and judgment to Williams.

**IT IS SO ORDERED.**

**DATED:** August 6, 2014

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**